| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on May 4, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>　　CHARLES B DANIELS | Case No.:  17-20615<br><br>Hearing Date:  05/03/2018<br><br>Judge:  VINCENT F. PAPALIA |

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: May 4, 2018

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

1

Debtor(s):  CHARLES B DANIELS

Case No.: 17-20615VFP

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 05/03/2018 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 5/3/2018 of the plan filed on 02/26/2018, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 05/24/2017 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-20615-VFP
Charles B Daniels                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin           Page 1 of 1         Date Rcvd: May 04, 2018
                       Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2018.
db      +Charles B Daniels,    46 Cottage Place,    Englewood, NJ 07631-3302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2018 at the address(es) listed below:
    Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
    Kevin M. Buttery    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC bkyefile@rasflaw.com
    Marie-Ann Greenberg    magecf@magtrustee.com
    Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
    Stuart D. Gavzy    on behalf of Debtor Charles B Daniels stuart@gavzylaw.com, lesliebrown.paralegal@gmail.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                              TOTAL: 6