Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 17−20615−VFP
    Chapter: 13
    Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charles B Daniels
   46 Cottage Place
   Englewood, NJ 07631

Social Security No.:
   xxx−xx−3618

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 05/23/2017 and a confirmation hearing on such Plan has been scheduled for 8/17/2017.

The debtor filed a Modified Plan on 05/25/2018 and a confirmation hearing on the Modified Plan is scheduled for 7/5/2018 at 10:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: May 30, 2018
JAN: dmc

                                                      Jeanne Naughton
                                                      Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                                   Case No. 17-20615-VFP
Charles B Daniels                                                        Chapter 13
        Debtor                      CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 1                  Date Rcvd: May 30, 2018
                               Form ID: 186                 Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2018.
db             +Charles B Daniels,    46 Cottage Place,    Englewood, NJ 07631-3302
cr             +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +Ditech Financial LLC FKA Green Tree Servicing LLC,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
516843401      +Comenitycap/bjswhlesle,    Po Box 182120,    Columbus, OH 43218-2120
516843402      +Ditech,    P.O. Box 780,    Waterloo, IA 50704-0780
517071283      +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
516843404      +Kia Motors Finance,    4000 Macarthur Blvd Ste,    Newport Beach, CA 92660-2558
516843405      +Pluese Becker & Saltzman, LLC,    20000 Horizon Way, Suite 900,    Mount Laurel, NJ 08054-4318

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 30 2018 23:03:02      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 30 2018 23:03:02      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516843401      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 30 2018 23:02:57      Comenitycap/bjswhlesle,
                 Po Box 182120,    Columbus, OH 43218-2120
516912850       E-mail/Text: bankruptcy.bnc@ditech.com May 30 2018 23:02:53
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
517074744       E-mail/Text: bnc-quantum@quantum3group.com May 30 2018 23:03:00
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA   98083-0788
516843406       E-mail/Text: bankruptcy@td.com May 30 2018 23:03:03      Td Bank N.a.,    32 Chestnut Street,
                 Lewiston, ME 04240
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516843403*     +Ditech,    P.O. Box 780,    Waterloo, IA 50704-0780
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2018 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor   DITECH FINANCIAL LLC nj.bkecf@fedphe.com
          Kevin Gordon McDonald    on behalf of Creditor   Ditech Financial LLC kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin M. Buttery    on behalf of Creditor   Ditech Financial LLC FKA Green Tree Servicing LLC
           bkyefile@rasflaw.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Nicholas V. Rogers    on behalf of Creditor   DITECH FINANCIAL LLC nj.bkecf@fedphe.com
          Stuart D. Gavzy    on behalf of Debtor Charles B Daniels stuart@gavzylaw.com,
           lesliebrown.paralegal@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```