**Stuart D. Gavzy, Esquire**
8171 E. Del Barquero Drive
Scottsdale, AZ 85258
973-256-6080
Fax : 480-452-1665
Email: stuart@gavzylaw.com

Order Filed on January 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | : |
| | : CHAPTER 13 CASE |
| IN RE: | : |
| Charles B. Daniels | : |
| | : CASE NO. 17-20615 VFP |
| | : |
| | : JUDGE: VFP |
| | : |
| **DEBTORS :** | : HEARING DATE: 12/18/2018 |

**ORDER EXCUSING DEBTOR FROM HAVING TO FILE THE CERTIFICATION IN SUPPORT AND WAIVING THE REQUIREMENT THAT HE COMPLETE THE COURSE IN PERSONAL FINANCIAL MANAGEMENT PURSUANT TO 11 USC 109 (h)(4).**

The relief set forth on the following pages, numbered one (~~1~~ 2) through ___3___ is hereby **ORDERED**.

**DATED: January 3, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**THIS CAUSE** coming on to be heard, and being heard, before the undersigned Judge of

the United States Bankruptcy Court for District of New Jersey, pursuant to the Motion for an Order excusing the debtor from having to file the Certification in Support of Discharge and Waiving the Requirement that he complete the course in Personal Financial Management pursuant to 11 USWC 109 (h)(4); and

**IT APPEARING** to the undersigned that this court has jurisdiction over the parties and over the subject matter of this Motion; and

**IT FURTHER APPEARING** to the undersigned that all parties in interest received notice of this Motion and of the time, date and place of this hearing and that no such parties have filed any timely objections or otherwise appeared in opposition to the said Motion and that the time for filing any such objection has expired; and

**IT FURTHER APPEARING** to the undersigned that the relief requested by the debtor in this Motion are consistent with the applicable provisions of Title 11 of the United States Code and that the debtors has established good and sufficient cause to grant said relief; and

**IT FURTHER APPEARING** to the undersigned that the Motion of the debtor's to excuse the debtor from having to file the Certification in Support of Discharge and Waiving the Requirement that he complete the course in Personal Financial Management pursuant to 11 USWC 109 (h)(4) is granted;

**ORDERED** that the court hereby excusing the debtor from having to file the Certification in Support of Discharge and Waiving the Requirement that he complete the course in Personal Financial Management pursuant to 11 USWC 109 (h)(4); and

**IT IS THEREFORE SO ORDERED.**

This Order has been signed electronically. The judge's signature and court's seal

United States Bankruptcy Court

appear at the top of the Order