**Stuart D. Gavzy, Esquire**
**8171 E. Del Barquero Drive**
**Scottsdale, AZ 85258**
**973-256-6080**
**Fax : 480-452-1665**
**Email: stuart@gavzylaw.com**

Order Filed on January 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| **IN THE UNITED STATES BANKRUPTCY** | : |
| **COURT DISTRICT OF NEW JERSEY** | : |
| | : **CHAPTER 13 CASE** |
| **IN RE:** | : |
| **Charles B. Daniels** | : |
| | : **CASE NO. 17-20615 VFP** |
| | : |
| | : |
| | : **JUDGE: VFP** |
| | : |
| | : |
| **DEBTORS :** | : **HEARING DATE: 12/18/2018** |

**ORDER EXCUSING DEBTOR FROM HAVING TO FILE THE CERTIFICATION IN SUPPORT AND WAIVING THE REQUIREMENT THAT HE COMPLETE THE COURSE IN PERSONAL FINANCIAL MANAGEMENT PURSUANT TO 11 USC 109 (h)(4).**

The relief set forth on the following pages, numbered one (~~1~~ 2) through _____3_____ is hereby **ORDERED**.

**DATED: January 3, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**THIS CAUSE** coming on to be heard, and being heard, before the undersigned Judge of

the United States Bankruptcy Court for District of New Jersey, pursuant to the Motion for an

Order excusing the debtor from having to file the Certification in Support of Discharge and

Waiving the Requirement that he complete the course in Personal Financial Management

pursuant to 11 USWC 109 (h)(4); and

     **IT APPEARING** to the undersigned that this court has jurisdiction over the parties and

over the subject matter of this Motion; and

     **IT FURTHER APPEARING** to the undersigned that all parties in interest received

notice of this Motion and of the time, date and place of this hearing and that no such parties

have filed any timely objections or otherwise appeared in opposition to the said Motion and

that the time for filing any such objection has expired; and

     **IT FURTHER APPEARING** to the undersigned that the relief requested by the debtor

in this Motion are consistent with the applicable provisions of Title 11 of the United States

Code and that the debtors has established good and sufficient cause to grant said relief; and

     **IT FURTHER APPEARING** to the undersigned that the Motion of the debtor's to

excuse the debtor from having to file the Certification in Support of Discharge and

Waiving the Requirement that he complete the course in Personal Financial Management

pursuant to 11 USWC 109 (h)(4) is granted;

     **ORDERED** that the court hereby excusing the debtor from having to file the

Certification in Support of Discharge and Waiving the Requirement that he complete the course

in Personal Financial Management pursuant to 11 USWC 109 (h)(4); and

     **IT IS THEREFORE SO ORDERED.**

This Order has been signed                          United States Bankruptcy Court
electronically. The judge's
signature and court's seal

appear at the top of the Order

United States Bankruptcy Court
District of New Jersey

In re:
Charles B Daniels
          Debtor

Case No. 17-20615-VFP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Jan 04, 2019
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2019.
db              +Charles B Daniels,     46 Cottage Place,     Englewood, NJ 07631-3302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2019 at the address(es) listed below:
          Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC NJECFMAIL@mwc-law.com,
          nj-ecfmail@ecf.courtdrive.com
          Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
          Craig Scott Keiser    on behalf of Creditor    DITECH FINANCIAL LLC craig.keiser@phelanhallinan.com
          Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Kevin M. Buttery    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
          bkyefile@rasflaw.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Melissa S DiCerbo    on behalf of Creditor    Ditech Financial LLC nj-ecfmail@mwc-law.com,
          nj-ecfmail@ecf.courtdrive.com
          Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
          Sherri Jennifer Smith    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10
          MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT
          nj.bkecf@fedphe.com,    nj.bkecf@fedphe.com
          Stuart D. Gavzy    on behalf of Debtor Charles B Daniels stuart@gavzylaw.com,
          lesliebrown.paralegal@gmail.com;gavzysr82824@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 11